UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In Re:                                )
                                      )   Case No. 18-51257
                                      )
KENNETH EARL KIRKUS                   )
BRENDA KAY KIRKUS                     )
          Debtors.                    )
_____

### AFFIDAVIT REGARDING SERVICE OF PLAN
_____

I, John A. Meadows, certify that service of the Plan was made on January 17, 2019 by

_X___ ??Mail Service:  Regular first class United States mail, postage fully pre-paid, addressed to:

Capital Bank, A Division of First Tennessee Bank
Attention: Officer
165 Madison Ave.
Memphis, TN 38101

Capital Bank
 A Division of First Tennessee Bank
P.O. Box 1469
Knoxville, TN 37901

Craig Haskell
Nodell Glass & Haskell, LLP
Attorney for Capital Bank, A Division of First Tennessee Bank
5540 Centerview Dr., Suite 416
Raleigh, NC  27606

Capital Bank
 A Division of First Tennessee Bank
Attention: Officer
1755 Lynnfield Rd.Bldg. D
Memphis, TN  38119


     X__   Certified Mail Service on an Insured Depository Institution.  By sending the Plan by certified mail addressed to the following officer of the institution at the address set out below on
January 17, 2019.

TO:

Capital Bank
A Division of First Tennessee Bank
Attention:  Officer
165 Madison Ave.
Memphis, TN  38101

Capital Bank
 A Division of First Tennessee Bank
Attention:  Officer
1755 Lynnfield Rd.Bldg. D
Memphis, TN  38119

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ **JOHN A. MEADOWS**
John A. Meadows, State Bar No. 13237
 Attorney for the Debtor
 2596-C Reynolda Rd
 Winston-Salem, NC 27106
 (336)  723-3530