UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

| | | |
|---|---|---|
| In re:  **Kenneth Earl Kirkus** | ) | Case No.  18-51257 |
| **Brenda Kay Kirkus** | ) | |
| **157 Evergreen Circle** | ) | |
| (address) | ) | |
| **Lexington NC 27292-0000** | ) | CHAPTER 13 PLAN |
| SS# XXX-XX- **xxx-xx-4004** | ) | |
| SS# XXX-XX- **xxx-xx-4129** | ) | |
| | ) | |
| Debtor(s) | ) | |

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid , to the following parties at their respective addresses:

**Kathryn L. Bringle**
**Chapter 13 Trustee**
**Winston-Salem Division**
**Post Office Box 2115**
**Winston-Salem, NC 27102-2115**

Capital Bank, A Division of First Tennessee Bank
Attention:  Officer
165 Madison Ave.
Memphis, TN 38101

Capital Bank
 A Division of  First Tennessee Bank
P.O. Box 1469
Knoxville, TN 37901

Craig Haskell
Nodell Glass & Haskell, LLP
Attorney for Capital Bank, A Division of First Tennessee Bank
5540 Centerview Dr., Suite 416
Raleigh, NC  27606

Capital Bank
 A Division of First Tennessee Bank
Attention:  Officer
1755 Lynnfield Rd.Bldg. D
Memphis, TN  38119

Date  **January 17, 2019**                                                               /s/ John A. Meadows
                                                                                                        John A. Meadows 13237